IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
**Demetrius Harshaw,** )
)
Defendant, )
)

**4:26-cr-00372-JD**

ORDER FOR CONTINUANCE

The Court finds, based on the reasons set forth on the record in the Pretrial Conference held on August 25, 2026, and based on consent from the government, that a continuance is justified pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice are best served by the granting of this continuance and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued from the Court's scheduled term of court for September, 2026, to the October, 2026, term of court, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Joseph Dawson, III
United States District Judge

August 25, 2026
Florence, South Carolina